UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID BAUGHMAN, et al.,<br><br>  Defendants. | 1:19-cv-00472-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner, brought this civil rights action under 42 U.S.C. § 1983 and requested to proceed *in forma pauperis* under 28 U.S.C. § 1915. In his complaint, plaintiff alleges that his civil rights were violated in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Accordingly, this action will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed *in forma pauperis*.

Accordingly, it is hereby ordered that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

1

2. All future filings must refer to the new Sacramento case number assigned and must be filed at:

    United States District Court
    Eastern District of California
    501 "I" Street, Suite 4-200
    Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   April 15, 2019                                       /s/ Jeremy Peterson
                                                            UNITED STATES MAGISTRATE JUDGE

No. 203